# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-4118
Lower Tribunal No. 2022-CA-001872-O

_____

ANGELA BARRETT,

Appellant,

v.

BULLDOG ADJUSTERS, INC.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

December 2, 2025

PER CURIAM.

   AFFIRMED.

WHITE, BROWNLEE and GANNAM, JJ., concur.


Ronald W. Sikes and Tamara M. Dacey, of Sikes Law Group, PLLC, Winter Garden, for Appellant.

Kenneth M. Rehns, of Lippes Mathias LLP, West Palm Beach, for Appellee.


   NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
   AND DISPOSITION THEREOF IF TIMELY FILED